LAW OFFICES OF

# ALLAN P. HABER, ESQ.
220 East 73rd Street, Apt. 1DD
New York, New York 10021

OF COUNSEL
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

ASSOCIATE
JACOB BARCLAY MITCHELL, ESQ.

TELEPHONE: 917-374-4666
E-MAIL: allan@haberesq.com

June 29, 2020

Honorable Katherine Polk Failla
District Court Judge
US Courthouse, S.D.N.Y.
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Whitmore*, et al.
    Ind. No. 19 Cr. 846(ALC) **(Ian Haylock)**

Dear Judge Failla:

    I write to request that Ian Haylock, who is currently out on bail and under the supervision of Pre-Trial Services, be allowed to spend additional time with his newborn child and baby mother. Should you approve this application it would extend his curfew hours as determined by his Pre-trial Services supervisor as communicated to me by his counselor Ms. Ashley Cosme:

> We consent to the requested modification. We ask the if approved, the curfew hours be at the discretion of Pretrial Services. The condition should read as follows: "curfew enforced by location monitoring with curfew hours to be at the discretion of Pretrial Services."[sic]
>
> Ashley L. Cosme
> Intensive Supervision Officer
> U.S. Pretrial Services, SDNY
> (212) 805-4319

Should you grant this application I will make sure PTS receives an endorsed copy.

    Thank you for your consideration.

Respectfully,
_____/s/_____
Allan P. Haber, Esq.

APH: fms
cc: Jacob Barclay Mitchell (by e-mail)

Application GRANTED. Defendant Haylock's bail conditions are hereby modified such that he is subject to a curfew enforced by location monitoring, with curfew hours to be at the discretion of Pretrial Services.

Dated:    June 30, 2020          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE