LAW OFFICES OF
# ALLAN P. HABER, ESQ.
220 East 73rd Street, Apt. 1DD
New York, New York 10021

| | |
|---|---|
| OF COUNSEL<br>STEPHANIE CARVLIN, ESQ.<br>GEORGES G. LEDERMAN, ESQ.<br><br>ASSOCIATE<br>JACOB BARCLAY MITCHELL, ESQ. | TELEPHONE: 917-374-4666<br>E-MAIL: allan@haberesq.com |

June 30, 2020

Honorable Katherine Polk Failla
District Court Judge
US Courthouse, S.D.N.Y.
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Whitmore*, et al.
    Ind. No.  19 Cr. 846(ALC) (**Ian Haylock**)

Dear Judge Failla:

  I write to request that my Associate Jacob Barclay Mitchell be assigned to assist in the above case and I am asking that the Court compensate him at $110 per hour for his work.[1]

  Mr. Mitchell has worked for me for a number of years as my Associate including one capital trial in the Southern District and multiple District Court cases over the years.  Many of my colleagues on the CJA panel also use Mr. Mitchell to help with complex cases and trials where a second seat is necessary. He is very familiar with discovery related electronic computer problems and is considered an expert by many with telephone tower issues related to their cases. Initially, I am asking for 100 hours with the option to request more time if needed.

  I have received a significant amount of discovery including pole camera videos related to this case.  There are also a significant number of drug and gun sales which need to be reviewed on a number of levels.  Hopefully, Mr. Mitchell can spend time with Mr. Haylock reviewing pole camera tapes as well at a cost substantially lower than the CJA rate for panel members.

  If you approve this request I will forward a copy to the CJA clerk so they can add Mr. Mitchell to my voucher.

  Thank you for your consideration.

---

[1] Jacob Barclay Mitchell has been working with a number of other CJA lawyers and has been compensated $110.00 per hour due to his experience having worked in Federal Court with a number of Panel Attorneys over the years.

Respectfully,

_____/s/_____

APH: fms

Allan P. Haber, Esq.

cc: Jacob Barclay Mitchell (by e-mail)

Application GRANTED. Mr. Mitchell is hereby authorized to work with Mr. Haber as an associate attorney on this matter, at the rate of $110-per-hour for no more than 100 hours. Any work beyond 100 hours will require a renewed application from Mr. Haber.

Dated:   June 30, 2020
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE