```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :      1:19 CR 00846
     -against-                       :      ORDER
                                     :
Ian Haylock                          :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

Honorable Katherine P. Failla, United States District Judge:

    ORDERED that the defendant's bail be modified to remove the condition of curfew enforced by location monitoring.

Dated: New York, New York
       September 23, 2021

SO ORDERED

_____
Katherine Polk Failla
United States District Judge