

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 1, 2021

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email: FaillaNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re: *United States v. Ian Haylock,* 19 Cr. 846 (KPF)

Dear Judge Failla,

The Government respectfully submits this joint letter to request that the Court schedule a change-of-plea hearing for defendant Ian Haylock in the above-captioned matter. The parties have conferred and are available the following dates and times:

| | |
|---|---|
| Tuesday, October 12, 2021: | 1:30 p.m. to 4:00 p.m. |
| Wednesday, October 13, 2021: | 11:00 a.m. to 4:00 p.m. |
| Thursday, October 14, 2021: | 11:00 a.m. to 4:00 p.m. |

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray / Louis A. Pellegrino
Assistant United States Attorneys
(212) 637-2314 / -2617

cc:   Allan Haber, Esq. (via ECF)

The parties are hereby ORDERED to appear for a change-of-plea hearing on October 14, 2021, at 2:30 p.m.  The proceeding will take place by videoconference, and instructions for accessing the conference will be provided to the parties separately.

Dated:     October 4, 2021                SO ORDERED.
           New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE