LAW OFFICES OF

# ALLAN P. HABER, ESQ.

220 East 73rd Street, Apt. 1DD
New York, New York 10021

**OF COUNSEL**
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

**ASSOCIATE**
JACOB BARCLAY MITCHELL, ESQ.

**TELEPHONE:** 917-374-4666
**E-MAIL:** allan@haberesq.com

February 3, 2022

Honorable Judge Katherine Polk Failla
U.S. Courthouse,  S.D.N.Y.
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: 19 Cr. 846(KPF) (Ian Haylock)

Dear Judge Failla:

  I write to request an adjournment on the above matter.  The government consents to this request.  Currently Mr. Haylock is scheduled to be sentenced on February 11, 2022.  My mitigation expert has advised me that she will need additional time to acquire important school records related to Mr. Haylock's education.  Apparently he was in special education and was diagnosed with ADHD.

  Additionally, as the Court is aware Ian Haylock is facing a mandatory 5-years for weapons he sold during the conspiracy and he is facing an addition 0-20 years for the narcotics involved in the case.  Since he has been out on bail he has adjusted well. He did have some issue early on but seems to be very stable at this time.  Mr. Haylock and his wife have had two children since he has gotten out of jail. One has a birthday on March 24th, and the other has a birthday on April, 11, 2022.

  If the Court grants our request for an adjournment, we would ask for any date and time after April 11, 2022 that works for the Court and the Government.[1]  I am requesting the additional time so that Mr. Haylock can have some bonding time with his family and especially with his children before he goes away for at least 5-years.

                    Respectfully,

APH:fms                   Allan P. Haber, Esq.
cc: AUSA Juliana Murry            Attorney for Ian Haylock

---

[1] I have plans and airline tickets to go to Italy with my wife the last week of April. We will be away until the middle of May.

Application GRANTED. The sentencing scheduled for February 17, 2022, is hereby ADJOURNED to **May 26, 2022, at 3:00 p.m.**

The Clerk of Court is directed to terminate the gavel at docket entries 226 and 227.

Dated:   February 3, 2022            SO ORDERED.
         New York, New York

                                     *[signature: Katherine Polk Failla]*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE