

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 27, 2022

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email: FaillaNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re: *United States v. Whitmore et al.*, 19 Cr. 846 (KPF)

Dear Judge Failla,

    The Government respectfully submits this letter to request an adjournment of the sentencings for defendants Ian Haylock, a/k/a "E," and Anthony McDade, a/k/a "Pap," in the above-captioned case. The reason for this adjournment request is that the Government attorneys on this case will both be on trial during the scheduled sentencings. Accordingly, the parties respectfully request that the Court adjourn the sentencings (and related sentencing submission deadlines) to dates and times convenient to the Court.

    The Government has conferred with counsel for defendant Anthony McDade (whose sentencing is presently scheduled for July 14, 2022 at 3:30 p.m.) and the parties are generally available August 22–26, 2022, August 29–September 2, 2022, or September 12–16, 2022.

    The Government has conferred with counsel for defendant Ian Haylock (whose sentencing is presently scheduled for July 22, 2022 at 3:00 p.m.) and the parties are generally available August 22–26, 2022, August 29–September 2, 2022, or September 6-7, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray / Louis A. Pellegrino
Assistant United States Attorneys
(212) 637-2314 / -2617

cc:    Allan Haber, Esq. (via ECF)
       Margaret Shalley, Esq. (via ECF)

Application GRANTED.  Defendant Anthony McDade's sentencing, which is presently scheduled for July 14, 2022, is hereby ADJOURNED to **August 30, 2022, at 3:30 p.m.**  Defendant's sentencing submission shall be due two weeks prior to sentencing, and the Government's responsive submission shall be due one week prior to sentencing.

Defendant Ian Haylock's sentencing, which is presently scheduled for July 22, 2022, is hereby ADJOURNED to **September 6, 2022, at 3:30 p.m.**  Defendant's sentencing submission shall be due two weeks prior to sentencing, and the Government's responsive submission shall be due one week prior to sentencing.

The Clerk of Court is directed to terminate the pending motion at docket number 296.

Dated:     June 28, 2022              SO ORDERED.
           New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE