UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                  v.<br><br>IAN HAYLOCK,<br><br>                  Defendant. | 19 Cr. 846 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 11, 2023, the Court received a request from Ian Haylock for the appointment of counsel to assist him with his motion for compassionate release/reduction in sentence received by this Court on July 20, 2023. (Dkt. #371, 373). In reviewing the motion, the Court finds that Mr. Haylock would benefit from the appointment of CJA counsel. As such, and understanding that he has no conflicts, the Court hereby appoints Mr. Jeremy Schneider as CJA counsel.

Mr. Schneider is directed to confer with Mr. Haylock regarding his motion as soon as possible, and to file a supplemental submission on or before **September 18, 2023**. The Government's response shall be due on or before **October 18, 2023**. There shall be no reply brief unless the Court requests one.

The Clerk of Court is directed to mail a copy of this endorsement to Mr. Haylock at the following address:

    Ian Haylock
    Reg. No. 87582-054
    FCI Otisville Camp
    P.O. Box 1000
    Otisville, NY 10963

SO ORDERED.

Dated: August 3, 2023
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge