UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    v.<br><br>IAN HAYLOCK,<br><br>                                        Defendant. | 19 Cr. 846 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 11, 2023, the Court received a request from Ian Haylock for the appointment of counsel to assist him with his motion for compassionate release/reduction in sentence received by this Court on July 20, 2023. (Dkt. #371, 373). In reviewing the motion, the Court found that Mr. Haylock would benefit from the appointment of CJA counsel, and appointed Mr. Jeremy Schneider as CJA counsel in an order dated August 3, 2023. (the "Order" (Dkt. #374)). The Order set forth a deadline for Mr. Schneider to file a supplemental submission on or before **September 18, 2023**, and for the Government to respond on or before **October 18, 2023**.

The Court understands that Mr. Schneider was never added to the docket prior to today, and thus never received the Order. As of today, September 20, 2023, Mr. Schneider has been added to the docket and made aware of his appointment. Accordingly, Mr. Schneider's deadline to file a supplemental submission is hereby ADJOURNED until **October 31, 2023**, and the Government's submission shall be due on or before **December 1, 2023**.

The Clerk of Court is directed to mail a copy of this endorsement to Mr. Haylock at the following address:

Ian Haylock
Reg. No. 87582-054
FCI Otisville Camp
P.O. Box 1000
Otisville, NY 10963

SO ORDERED.

Dated:  September 20, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge