

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

August 7, 2024

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



    **Re:**   *United States v. Ian Haylock*, 19 Cr. 846 (KPF)

Dear Judge Failla:

    The Government respectfully submits this letter in the above-captioned matter to request a further adjournment to the schedule for supplemental briefing in response to defendant Ian Haylock's motion for a reduction in sentence. (*See* Dkt. 389; *see also* Dkt. Nos. 373 (pro se motion), 380 (supplemental motion), 382 (Government opposition)). The Government respectfully requests to now submit its supplemental opposition on August 14, 2024, with the defendant's reply and supplemental motion to be submitted on August 27, 2024. The defense consents to this proposed schedule.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        By: s/
                Juliana Murray
                Assistant United States Attorney
                (212) 637-2314

cc:    Jeremy Schneider, Esq. (by ECF)
        Rachel Perillo, Esq. (by ECF)

Application GRANTED.  The Government's supplemental opposition shall be due on or before **August 14, 2024,** and the Defendant's reply and supplemental motion shall be submitted on or before **August 27, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 391.

Dated:    August 8, 2024
          New York, New York          SO ORDERED.

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE